# RETURN

☒ FILED  ☐ LODGED
**Nov 03 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-09191MB(MAA)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-2-2023 | 11-3-2023 0905 | N/A |

INVENTORY MADE IN THE PRESENCE OF

W. Akins / J. Aguilar

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

540 grams of steroids

Package n atomin

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 11-3-23

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title